| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Casie Lynn Moore | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11-1-22    Casie Lynn Moore    [signature]
Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

| County of Riverside | | | |
|---|---|---|---|
| Paul Angulo, CPA, County Auditor-Controller | | | |

| | | |
|---|---|---|
| Pay Group: | Bi-weekly Non-Exempt Non-Crftl | Business Unit: CORIV |
| Pay Begin Date: 08/11/2022 | | Advice #: 10251227 |
| Pay End Date: 08/24/2022 | | Advice Date: 09/07/2022 |

| | | |
|---|---|---|
| **Casie L Moore** | Employee ID: 205761 | |
| 10363 MORNING RIDGE DRIVE | Department: 2600102000-SOUTHWEST JUVENILE HALL | |
| MORENO VALLEY, CA 92557 | Location: 30755 Auld Rd | |
| Step Increase Date: N/A | Job Title: PROBATION CORR OFFICER II | |
| Grade/Step: 112/0 | Pay Rate: $31.680 | |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | S/M-2 inc |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | 30.00 |

## HOURS AND EARNINGS

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|
| REG | Regular | 31.680 | 79.00 | 2,502.71 | 37,461.48 |
| OVT | Overtime | 47.548 | 9.50 | 451.71 | 3,593.89 |
| CLU | Comp. Leave Used | 31.680 | 1.00 | 31.68 | 98.20 |
| COT | County Overtime | 47.520 | 7.00 | 332.64 | 8,121.15 |
| Z01 | $0.60/HR Shift Differential | 0.600 | 8.50 | 5.10 | 33.18 |
| FLX | Flexible Benefit | | | 374.66 | 6,369.22 |
| IIF | Industrial Injury Hours- FLSA | | | 0.00 | 1,774.08 |
| HOL | Holiday | | | 0.00 | 256.61 |
| SCK | Sick | | | 0.00 | 750.81 |
| HLR | Holiday Worked (Retirement) | | | 0.00 | 1,517.47 |
| HLU | Holiday Used | | | 0.00 | 570.24 |
| Z02 | $1.20/HR Shift Differential | | | 0.00 | 2.16 |
| VAC | Vacation | | | 0.00 | 4,707.63 |
| **TOTAL:** | | | **105.00** | **3,698.50** | **65,256.12** |

## TAXES

| Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|
| Fed Withholdng | 445.28 | 2,957.55 | 7,445.84 | 50,384.27 |
| Fed MED/EE | 48.37 | 3,336.10 | 831.28 | 57,329.72 |
| CA Withholdng | 186.83 | 2,957.55 | 3,122.58 | 50,384.27 |
| **TOTAL:** | **680.48** | | **11,399.70** | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser | 359.89 | 6,118.13 |
| Delta High 10A | 10.49 | 178.33 |
| Medical Eye Services | 4.28 | 72.76 |
| Nationwide 457 Deferred Comp | 150.00 | 2,700.00 |
| Safety Retirement | 228.55 | 4,245.45 |
| **TOTAL:** | **753.21** | **13,314.67** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Survivor's Benefits | 0.93 | 18.98 |
| Sheriff Assn. | 120.47 | 1,968.47 |
| Employee Campaign | 10.00 | 180.00 |
| **TOTAL:** | **131.40** | **2,167.45** |

## EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 0.78 | 20.41 |
| Short-Term Disability* | 12.26 | 216.90 |
| Safety OPEB | 1.02 | 313.53 |
| Safety Pre-Pay CalPERS | 425.87 | 7,255.99 |
| *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,698.50 | 2,957.55 | 680.48 | 884.61 | 2,133.41 |
| YTD: | 65,256.12 | 50,384.27 | 11,399.70 | 15,482.12 | 38,374.30 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 655.70 | 6.16 | 0.00 | 0.00 | 661.86 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 1,187.93 | 4.00 | 0.00 | 0.00 | 1,191.93 |
| Comp | 88.86 | 0.00 | 1.00 | 0.00 | 87.86 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 394.30 | 0.00 | 0.00 | 0.00 | 394.30 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| SupPdSckLv | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| SupPdSckLv2 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 5348 | $2,133.41 |
| DD Net Pay: | | **$2,133.41** |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010251227 | $ 2,133.41 |
| **Paycheck Net Amount:** | **$ 2,133.41** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



# NON-NEGOTIABLE

**County of Riverside**
Paul Angulo, CPA, County Auditor-Controller

| | | |
|---|---|---|
| Pay Group: | Biweekly-Non-Exempt | Business Unit: CORIV |
| Pay Begin Date: 08/25/2022 | | Advice #: 10272482 |
| Pay End Date: 09/07/2022 | | Advice Date: 09/21/2022 |

| | | |
|---|---|---|
| **Casie L Moore**<br>10363 MORNING RIDGE DRIVE<br>MORENO VALLEY, CA  92557<br>Step Increase Date:    N/A<br>Grade/Step:                112/0 | Employee ID:      205761<br>Department:       2600102000-SOUTHWEST JUVENILE HALL<br>Location:             30755 Auld Rd<br>Job Title:            PROBATION CORR OFFICER II<br>Pay Rate:           $31.680 | **TAX DATA:**        Federal         CA State<br>Marital Status:      Single           S/M-2 inc<br>Allowances:          0                 0<br>Addl. Pct:<br>Addl. Amt:                                 30.00 |

### HOURS AND EARNINGS

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|
| REG | Regular | 31.680 | 80.00 | 2,534.39 | 39,995.87 |
| OVT | Overtime | 47.560 | 14.80 | 703.89 | 4,297.78 |
| COT | County Overtime | 47.520 | 5.90 | 280.37 | 8,401.52 |
| CTW | Comp. Time Worked | | 0.10 | 0.00 | 0.00 |
| HLR | Holiday Worked (Retirement) | 31.680 | 8.00 | 253.44 | 1,770.91 |
| Z01 | $0.60/HR Shift Differential | 0.600 | 12.80 | 7.68 | 40.86 |
| FLX | Flexible Benefit | | | 374.66 | 6,743.88 |
| IIF | Industrial Injury Hours- FLSA | | | 0.00 | 1,774.08 |
| HOL | Holiday | | | 0.00 | 256.61 |
| SCK | Sick | | | 0.00 | 750.81 |
| HLU | Holiday Used | | | 0.00 | 570.24 |
| CLU | Comp. Leave Used | | | 0.00 | 98.20 |
| Z02 | $1.20/HR Shift Differential | | | 0.00 | 2.16 |
| **CONTINUED ON NEXT PAGE** | | | | | |

### TAXES

| Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|
| Fed Withholdng | 540.51 | 3,390.43 | 7,986.35 | 53,774.70 |
| Fed MED/EE | 54.99 | 3,792.03 | 886.27 | 61,121.75 |
| CA Withholdng | 231.12 | 3,390.43 | 3,353.70 | 53,774.70 |
| **TOTAL:** | **826.62** | | **12,226.32** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser | 359.89 | 6,478.02 |
| Delta High 10A | 10.49 | 188.82 |
| Medical Eye Services | 4.28 | 77.04 |
| Nationwide 457 Deferred Comp | 150.00 | 2,850.00 |
| Safety Retirement | 251.60 | 4,497.05 |
| **TOTAL:** | **776.26** | **14,090.93** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Survivor's Benefits | 0.93 | 19.91 |
| Sheriff Assn. | 129.95 | 2,098.42 |
| Employee Campaign | 10.00 | 190.00 |
| **TOTAL:** | **140.88** | **2,308.33** |

### EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 0.78 | 21.19 |
| Short-Term Disability* | 12.26 | 229.16 |
| Safety OPEB | 1.12 | 314.65 |
| Safety Pre-Pay CalPERS | 468.81 | 7,724.80 |
| *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,154.43 | 3,390.43 | 826.62 | 917.14 | 2,410.67 |
| YTD: | 69,410.55 | 53,774.70 | 12,226.32 | 16,399.26 | 40,784.97 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 661.86 | 6.16 | 0.00 | 0.00 | 668.02 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 1,191.93 | 4.00 | 0.00 | 0.00 | 1,195.93 |
| Comp | 87.86 | 0.00 | 0.00 | 0.15 | 88.01 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 394.30 | 0.00 | 0.00 | 0.00 | 394.30 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| SupPdSckLv | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| SupPdSckLv2 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 5348 | $2,410.67 |
| DD Net Pay: | | **$2,410.67** |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010272482 | $ 2,410.67 |
| **Paycheck Net Amount:** | **$ 2,410.67** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



**NON-NEGOTIABLE**

**County of Riverside**

| | | |
|---|---|---|
| Pay Group: CR2-COR Biweekly 14 day FLSA | Business Unit: | RIVCO |
| Pay Begin Date: 08/25/2022 | Advice #: | **000000010272482** |
| Pay End Date: 09/07/2022 | Advice Date: | 09/21/2022 |

| | | |
|---|---|---|
| **Casie L Moore** | Employee ID: 205761 | |
| 10363 MORNING RIDGE DRIVE | Department: 2600102000-SOUTHWEST JUVENILE HALL | |
| MORENO VALLEY, CA 92557 | Location: 30755 Auld Rd | |
| Step Increase Date: | Job Title: PROBATION CORR OFFICER II | |
| Grade/Step: | Pay Rate: $31.680 | |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | S/M-2 inc |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | 30.00 |

| HOURS AND EARNINGS | | | | | | TAXES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings | Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
| VAC | Vacation | | | 0.00 | 4,707.63 | | | | | |
| **TOTAL:** | | | **121.60** | **4,154.43** | **69,410.55** | **TOTAL:** | | | | |

County of Riverside
Paul Angulo, CPA, County Auditor-Controller

Pay Group: CR2-COR Biweekly 14 day FLSA
Pay Begin Date: 09/08/2022
Pay End Date: 09/21/2022

Business Unit: RIVCO
Advice #: 10293813
Advice Date: 10/05/2022

| | | |
|---|---|---|
| Casie L Moore<br>10363 MORNING RIDGE DRIVE<br>MORENO VALLEY, CA 92557<br>Step Increase Date: 11/17/2022<br>Grade/Step: 123/0 | Employee ID: 205761<br>Department: 2600102000-SOUTHWEST JUVENILE HALL<br>Location: 30755 Auld Rd<br>Job Title: PROBATION CORR OFFICER II<br>Pay Rate: $32.947 | TAX DATA: Federal / CA State<br>Marital Status: Single / S/M-2 inc<br>Allowances: 0 / 0<br>Addl. Pct:<br>Addl. Amt: 30.00 |

### HOURS AND EARNINGS

| Code | Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|
| REG | Regular | 32.947 | 69.90 | 2,303.00 | 42,298.87 |
| OVT | Overtime | 49.486 | 0.70 | 34.64 | 4,332.42 |
| CLU | Comp. Leave Used | 32.947 | 0.10 | 3.29 | 101.49 |
| COT | County Overtime | 49.421 | 16.10 | 795.67 | 9,197.19 |
| HLU | Holiday Used | 32.947 | 10.00 | 329.47 | 899.71 |
| Z01 | $0.60/HR Shift Differential | 0.600 | 14.00 | 8.40 | 49.26 |
| Z02 | $1.20/HR Shift Differential | 1.200 | 1.00 | 1.20 | 3.36 |
| FLX | Flexible Benefit | | | 374.66 | 7,118.54 |
| IIF | Industrial Injury Hours- FLSA | | | 0.00 | 1,774.08 |
| HOL | Holiday | | | 0.00 | 256.61 |
| SCK | Sick | | | 0.00 | 750.81 |
| HLR | Holiday Worked (Retirement) | | | 0.00 | 1,770.91 |
| VAC | Vacation | | | 0.00 | 4,707.63 |
| **TOTAL:** | | | **111.80** | **3,850.33** | **73,260.88** |

### TAXES

| Description | Current Tax | Current Tx Erns | YTD Tax | YTD Tx Erns |
|---|---|---|---|---|
| Fed Withholdng | 476.58 | 3,099.85 | 8,462.93 | 56,874.55 |
| Fed MED/EE | 50.57 | 3,487.93 | 936.84 | 64,609.68 |
| CA Withholdng | 201.39 | 3,099.85 | 3,555.09 | 56,874.55 |
| **TOTAL:** | **728.54** | | **12,954.86** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser | 359.89 | 6,837.91 |
| Delta High 10A | 10.49 | 199.31 |
| Medical Eye Services | 4.28 | 81.32 |
| Nationwide 457 Deferred Comp | 150.00 | 3,000.00 |
| Safety Retirement | 238.08 | 4,735.13 |
| **TOTAL:** | **762.74** | **14,853.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Survivor's Benefits | 0.93 | 20.84 |
| Sheriff Assn. | 129.95 | 2,228.37 |
| Employee Campaign | 10.00 | 200.00 |
| **TOTAL:** | **140.88** | **2,449.21** |

### EMPLOYER PAID BENEFITS/MISCELLANEOUS

| Description | Current | YTD |
|---|---|---|
| Basic Life | 0.78 | 21.97 |
| Short-Term Disability* | 12.26 | 241.42 |
| Safety OPEB | 1.06 | 315.71 |
| Safety Pre-Pay CalPERS | 443.63 | 8,168.43 |

*TAXABLE

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,850.33 | 3,099.85 | 728.54 | 903.62 | 2,218.17 |
| YTD: | 73,260.88 | 56,874.55 | 12,954.86 | 17,302.88 | 43,003.14 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 668.02 | 6.16 | 0.00 | 0.00 | 674.18 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 1,195.93 | 4.00 | 0.00 | 0.00 | 1,199.93 |
| Comp | 88.01 | 0.00 | 0.10 | 0.00 | 87.91 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 394.30 | 0.00 | 10.00 | 0.00 | 384.30 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| SupPdSckLv | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| SupPdSckLv2 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| Acct Type | Acct Number | Deposit Amount |
|---|---|---|
| Checking | 5348 | $2,218.17 |
| DD Net Pay: | | $2,218.17 |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010293813 | $ 2,218.17 |
| **Paycheck Net Amount:** | **$ 2,218.17** |

**MESSAGE:** HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



**NON-NEGOTIABLE**

OCT CASIE MOORE

| County of Riverside | | | Pay Group: | ORC-CORBiweekly 24 day FLSA | Business Unit: | RMCO |
|---|---|---|---|---|---|---|
| Paul Angulo, CPA, County Auditor-Controller | | | Pay Begin Date: | 09/22/2022 | Advice #: | 10315471 |
| | | | Pay End Date: | 10/05/2022 | Advice Date: | 10/19/2022 |

| Casie L Moore | | Employee ID: | 205761 | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|---|
| 10363 MORNING RIDGE DRIVE | | Department: | 2600102000-SOUTHWEST JUVENILE HALL | Marital Status: | Single | S/M-2 inc |
| MORENO VALLEY, CA 92557 | | Location: | 30755 Auld Rd | Allowances: | 0 | 0 |
| Step Increase Date: | 11/17/2022 | Job Title: | PROBATION CORR OFFICER II | Addl. Pct: | | |
| Grade/Step: | 123/0 | Pay Rate: | $32.947 | Addl. Amt: | | 30.00 |

| HOURS AND EARNINGS | | | | | | | TAXES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Current | Current | YTD | | Current | Current | YTD | YTD |
| Code | Description | | Rate | Hours | Earnings | Earnings | Description | Tax | Tx Erns | Tax | Tx Erns |
| REG | Regular | | 32.947 | 36.00 | 1,186.10 | 43,484.97 | Fed Withholdng | 358.19 | 2,561.70 | 8,821.12 | 59,436.25 |
| CLU | Comp. Leave Used | | 32.947 | 4.00 | 131.79 | 233.28 | Fed MED/EE | 42.77 | 2,949.35 | 979.61 | 67,559.03 |
| COT | County Overtime | | 49.421 | 6.00 | 296.52 | 9,493.71 | CA Withholdng | 146.34 | 2,561.70 | 3,701.43 | 59,436.25 |
| HLU | Holiday Used | | 32.947 | 40.00 | 1,317.88 | 2,217.59 | | | | | |
| Z01 | $0.60/HR Shift Differential | | 0.600 | 8.00 | 4.80 | 54.06 | | | | | |
| FLX | Flexible Benefit | | | | 374.66 | 7,493.20 | | | | | |
| IIF | Industrial Injury Hours- FLSA | | | | 0.00 | 1,774.08 | | | | | |
| HOL | Holiday | | | | 0.00 | 256.61 | | | | | |
| SCK | Sick | | | | 0.00 | 750.81 | | | | | |
| OVT | Overtime | | | | 0.00 | 4,332.42 | | | | | |
| Z02 | $1.20/HR Shift Differential | | | | 0.00 | 3.36 | | | | | |
| HLR | Holiday Worked (Retirement) | | | | 0.00 | 1,770.91 | | | | | |
| VAC | Vacation | | | | 0.00 | 4,707.63 | | | | | |
| **TOTAL:** | | | | 94.00 | 3,311.75 | 76,572.63 | **TOTAL:** | 547.30 | | 13,502.16 | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS/MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Kaiser | 359.89 | 7,197.80 | Survivor's Benefits | 0.93 | 21.77 | Basic Life | 0.78 | 22.75 |
| Delta High 10A | 10.49 | 209.80 | Sheriff Assn. | 129.95 | 2,358.32 | Short-Term Disability* | 12.26 | 253.68 |
| Medical Eye Services | 4.28 | 85.60 | Employee Campaign | 10.00 | 210.00 | Safety OPEB | 1.06 | 316.77 |
| Nationwide 457 Deferred Comp | 150.00 | 3,150.00 | | | | Safety Pre-Pay CalPERS | 442.82 | 8,611.25 |
| Safety Retirement | 237.65 | 4,972.78 | | | | | | |
| **TOTAL:** | 762.31 | 15,615.98 | **TOTAL:** | 140.88 | 2,590.09 | *TAXABLE | | |

| | TOTAL GROSS | TAXABLE EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,311.75 | 2,561.70 | 547.30 | 903.19 | 1,861.26 |
| YTD: | 76,572.63 | 59,436.25 | 13,502.16 | 18,206.07 | 44,864.40 |

| BENE HOURS | PREV BAL | +EARNED | -USED/SOLD | +/-ADJ | CURR BAL |
|---|---|---|---|---|---|
| Vacation | 674.18 | 6.16 | 0.00 | 0.00 | 680.34 |
| X-Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick | 1,199.93 | 4.00 | 0.00 | 0.00 | 1,203.93 |
| Comp | 87.91 | 0.00 | 4.00 | 0.00 | 83.91 |
| Mgmt Comp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Holiday | 384.30 | 0.00 | 40.00 | 0.00 | 344.30 |
| Admin Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annual Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Lve | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SpecVac | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| SupPdSckLv | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| SupPdSckLv2 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| ACGMEPdSckLv | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct Number | Deposit Amount |
| Checking | 5348 | $1,861.26 |
| DD Net Pay: | | $1,861.26 |

| Payment Type | Payment Amount |
|---|---|
| Advice #0010315471 | $1,861.26 |
| **Paycheck Net Amount:** | **$1,861.26** |

MESSAGE: HAVE YOU CONSIDERED BEING A FOSTER PARENT, IF SO CALL 1 (800) 665-KIDS (5437)



**NON-NEGOTIABLE**