Certificate Number: 14912-CAC-DE-036958165

Bankruptcy Case Number: 22-14157



14912-CAC-DE-036958165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2022</u>, at <u>10:21</u> o'clock <u>AM EDT</u>, <u>Casie Moore</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:    <u>November 7, 2022</u>                By:    <u>/s/Jai Bhatt</u>

                                Name:  <u>Jai Bhatt</u>

                                Title:   <u>Counselor</u>